# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2451
_____

National Green Gas, L.L.C., a Minnesota limited liability company

*Plaintiff - Appellee*

v.

Estrategy, Inc., a corporation; Brian L. Sexton, individual

*Defendants - Appellants*

Jamila Aldasheva, individual; Contracting Officer Department of Veterans Affairs

*Defendant*s
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: October 7, 2020
Filed: October 9, 2020
[Unpublished]
_____

Before COLLOTON, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Brian Sexton and eStrategy, Inc. appeal following the district court's[1] adverse judgment in a diversity action brought by National Green Gas, L.L.C. (NGG). Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal.  See Moore v. Martin, 854 F.3d 1021, 1025 (8th Cir. 2017) (denial of motion for summary judgment is reviewed de novo); United States v. STABL, Inc., 800 F.3d 476, 487 (8th Cir. 2015) (denial of continuance is reviewed de novo); Am. Bank of St. Paul v. TD Bank, N.A., 713 F.3d 455, 467 (8th Cir. 2013) (evidentiary rulings are reviewed for abuse of discretion); Knutson v. Ag Processing, Inc., 394 F.3d 1047, 1050 (8th Cir. 2005) (appellate court upholds jury verdict unless it concludes that reasonable jury could not have found for that party); Mathenia v. Delo, 99 F.3d 1476, 1480 (8th Cir. 1996) (denial of Fed. R. Civ. P. 59(e) motion is reviewed for abuse of discretion).  We grant NGG's motion to seal a portion of the appellate record, and eStrategy's motion to take judicial notice of the district court's ruling on Sexton's post-trial motion; and we deny NGG's motion to strike Sexton's March 30 letter.

The judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.